# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RADFORD, an individual and on behalf of all others similarly situated:<br><br>Plaintiff,<br><br>vs.<br><br>AERA ENERGY SERVICES COMPANY, a Delaware corporation, and DOES 1 through 50,<br><br>Defendants. | Case No. 1:24−cv−00921−KES−CDB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY BRIEFS FROM JANUARY 7, 2025, TO JANUARY 14, 2025** |

Plaintiff Christopher Radford and defendant Aera Energy Services Company filed a joint stipulation to extend the parties' deadlines to file their reply briefs in support of each of their pending motions (*see* Docs. 25, 29) from January 7, 2025, to January 14, 2025.  Doc. 32. Having read and considered the parties' stipulation, and good cause appearing, the Court hereby orders as follows:

1. The deadline for plaintiff Christopher Radford to file his reply brief in support of his motion to remand, Doc. 29, shall be extended from January 7, 2025, to January 14, 2025; and

2. The deadline for defendant Aera Energy Services Company to file its reply brief in support of its motion for judgment on the pleadings, Doc. 25, shall be extended from January 7, 2025, to January 14, 2025.

IT IS SO ORDERED.

Dated:   December 30, 2024

_____
UNITED STATES DISTRICT JUDGE